## Kiniry Unemployment Compensation Case.

Argued April 13, 1965. *Roger W. Hager,* with him *Franke, Ayres, Hager & Kuyat,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## Kovachick et vir, Appellants, *v.* Jennings.

Argued April 12, 1965. *Myron W. Warman,* with him *Warman & Warman,* for appellants; *Joseph E. Kovach,* for appellee.

Order affirmed.

FLOOD, J., absent.